MARGARET A. HARTMAN, as Committee, etc., of JOSIAH HARTMAN, Incompetent, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE F. PARR and Others, Plaintiffs, v. CONTINENTAL CASUALTY COMPANY, Defendant.— Motion granted, overruling plaintiff's exceptions and denying motion for new trial, with costs, for failure to file and serve the printed papers. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SAMUEL EPSTEIN, Respondent, v. KATHRYN S. COLLYER and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THOMAS BLANCHARD, Appellant, v. T. HOWARD GLENN, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

UNITED STATES HOUSING CORPORATION, Respondent, v. THE CITY OF WATERTOWN and Another, Appellants.— Motion granted and appeal dismissed, with costs. ·Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH BLUM, Appellant, v. ALBERT J. BLUM and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ISAAC FELDSTEIN, Respondent, v. SOL ROSOKOFF and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALBERT E. JOHNSON, Appellant, v. LOUIS BLAIR, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MORTIMER COHEN, Appellant, v. EDWIN CROSS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEONA SITZMAN, an Infant, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. PHILIP SITZMAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument on March twenty-second. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN D. MOORE, Respondent, v. ROCHESTER FRUIT AND VEGETABLE COMPANY, INCORPORATED, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed records on appeal by March twenty-first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.